304

## HICKS v. STATE.
### No. 20217.

Court of Criminal Appeals of Texas.

Feb. 22, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for hog theft, punishment assessed being two years' confinement in the penitentiary.

The indictment properly charges the offense. No statement of facts or bills of exception accompany the record. Nothing is presented for review.

The judgment is affirmed.

## WALTERS v. STATE.
### No. 20228.

Court of Criminal Appeals of Texas.

Feb. 22, 1939.

H. G. Wills, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for 25 years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.